# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: D'Ambrosio v. Meta Platforms, Inc. et al.     Case Number: 1:24-cv-678

An appearance is hereby filed by the undersigned as attorney for:
Nikko D'Ambrosio

Attorney name (type or print):  Daniel Nikolic

Firm:    Trent Law Firm, P.C.

Street address:    2 TransAm Plaza Drive, Suite 300

City/State/Zip:    Oakbrook Terrace, IL 60181

Bar ID Number: 6205792              Telephone Number:   (630) 682-3100
(See item 3 in instructions)

Email Address: service@trentlawfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/27/2024

Attorney signature:     S/ Daniel Nikolic
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023