Honorable Sharon Johnson Coleman

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, due to a clerical error, 24-cv-00678, *D' Ambrosio v. Meta Platforms, Inc. et al* was randomly assigned to the Honorable Mary M. Rowland and designated Magistrate Judge Jeannice W. Appenteng, and

It further appearing, 24-cv-00678, *D' Ambrosio v. Meta Platforms, Inc. et al* is a refiling of case *24-cv-00200, D' Ambrosio v. Meta Platforms, Inc. et al.* which was assigned to the Honorable Sharon Johnson Coleman and designated Magistrate Judge Young B. Kim, therefore

It is hereby ordered that, the Clerk is to reassign 24-cv-00678, *D' Ambrosio v. Meta Platforms, Inc. et al* to the Honorable Sharon Johnson Coleman and designated Magistrate Judge Young B. Kim.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 6th day of January 2024.