# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Nikko D'Ambrosio** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )  Civil Action No. 1:24-CV-678 |
| | ) |
| **Meta Platforms, et al.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Robin Bashaw, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Rodney Rajala in Antrim County, MI on March 26, 2024 at 11:00 am at 8061 Fairway Hollow Drive, Mancelona, MI 49659 by personal service by handing the following documents to an individual identified as Rodney Rajala.

Summons
Complaint and Exhibits

Additional Description:
Personal serve  3/26/24 @11:00am
White male 40s 5'9 190lb brown hair glasses

White Male, est. age 40's, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Total Cost: $121.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in

Charlevoix County ,

MI on 3/28/2024 .

/s/ *Robin Bashaw*

Signature
Robin Bashaw
+1 (231) 330-2804