# UNITED STATES DISTRICT COURT
for the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Nikko D'Ambrosio** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 1:24-CV-678 |
| **Meta Platforms, et al.; Abbigail Rajala** | ) ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Robin Bashaw, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Abbigail Rajala in Antrim County, MI on March 26, 2024 at 11:00 am at 8061 Fairway Hollow Drive, Mancelona, MI 49659 by residential substituted service by leaving the documents at the usual place of abode of Abbigail Rajala with Rodney Rejala who is the Co-resident of Abbigail Rajala and whose age is 13 years or older.

Summons
Complaint

Additional Description:
Subserve to Rodney Rajala confirmed defendant lives here 3/26/24 @11:00am
Proof Colorado LLC sent a copy of the documents by regular first-class mail on 04/02/2024 to Abbigail Rajala to the same.

White Male, est. age 40's, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".

Total Cost: $121.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid

that he/she verily believes the same to be true.

Executed in

   Charlevoix County   ,

  MI   on   4/4/2024   .

/s/ *Robin Bashaw*

Signature
Robin Bashaw
+1 (231) 330-2804

EDEXISPOS-FCM

ATTORNEY OR PARTY OF CASE SERVING THESE DOCUMENTS:

Sheila Williamson
Proof
Telephone: (858) 523-8428
Email: ryan@proofserve.com

FOR COURT USE ONLY

**PROOF OF SERVICE BY FIRST-CLASS MAIL**

CASE NUMBER/S:

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   EDEXIS Document Services
   255 New York Ranch Road, Suite # F
   Jackson, CA 95642

3. On (date)   04/02/2024   the following documents were served from (city & state):   Jackson, California

   1. Citation and Petition

   ☐ Continued on the Attachment of Served Documents (form EDEXISPOS_D)

4. The documents listed above were enclosed in a sealed envelope or package addressed to the persons listed in 5 (below). The sealed envelope or package was then placed for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The names and addresses of each person to whom I mailed the documents:

   1. Abbigail Rajala
      8061 Fairway Hollow Drive Mancelona, MI 49659-8924

   ☐ Continued on the Attachment of Served Parties (form EDEXISPOS_P)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature Date:   04/02/2024

Charles Bowen                                                    ▶      *[signature]*

(Name of person completing this form)                                   (Signature of person completing this form)