# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nikko D' Ambrosio

                                  Plaintiff,

v.                                                                   Case No.: 1:24−cv−00678

                                                                          Honorable Sharon Johnson Coleman

Meta Platforms, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 8, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 4/8/2024. Counsel for plaintiff reported that service has been completed and that counsel for defendant Meta Platforms contacted plaintiff's counsel last Friday. An in−person status hearing is set for 5/23/2024 at 10:15 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.