**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: D'Ambrosio v. Meta, et al.    Case Number: 1:24-cv-00678

An appearance is hereby filed by the undersigned as attorney for:
ABBIGAIL RAJALA

Attorney name (type or print): JAMES G. VANZANT

Firm: BLAINE & VANZANT, LLP

Street address: 922 DAVIS STREET

City/State/Zip: EVANSTON, ILLINOIS 60202

Bar ID Number: 6304196
(See item 3 in instructions)

Telephone Number: 312-788-7584

Email Address: jgv@blainevanzant.com

Are you acting as lead counsel in this case?  ✔ Yes  ☐ No
Are you a member of the court's general bar?  ✔ Yes  ☐ No
Are you a member of the court's trial bar?  ✔ Yes  ☐ No
Are you appearing *pro hac vice*?  ☐ Yes  ☐ No
If this case reaches trial, will you act as the trial attorney?  ✔ Yes  ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/9/2024

Attorney signature: S/ James G. Vanzant
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023