Nikko D' Ambrosio

                    Plaintiff,

v.                                          Case No.: 1:24–cv–00678
                                            Honorable Sharon Johnson Coleman

Meta Platforms, Inc., et al.

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to substitute judge [11] is granted. The Court will have the Clerk's Office assign this matter to another District Court Judge. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.