# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nikko D' Ambrosio
                        Plaintiff,

v.                                                       Case No.: 1:24−cv−00678
                                                       Honorable Sharon Johnson Coleman

Meta Platforms, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 11, 2024:

     MINUTE entry before the Honorable Sharon Johnson Coleman: TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT: I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. IOP 13(f)(1) Mailed notice (ph, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.