# United States District Court
# Northern District of Illinois

In the Matter of

Nikko D' Ambrosio

v.

Meta Platforms, Inc.

Magistrate Judge Sunil R. Harjani

Case No. 24-CV-678

Designated Magistrate Judge
Young B. Kim

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

**Judge Sharon Johnson Coleman**

Date: Thursday, April 11, 2024

---

- IOP 13(f)(1) - I recuse myself from this case for the following reasons:
Because of the close professional and personal relationship with Mr. Feinerman while he was on the bench.

Dated: Friday, April 12, 2024

District Reassignment - By Lot

..................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: