# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Nikko D'Ambrosio** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**Abbigail Rajala, et al.** )<br>)<br>*Defendant* ) | Civil Action No. 1:24-cv-678 |

## AFFIDAVIT OF SERVICE

I, Rhianna Cromartie, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Spill The Tea, Inc. in Sussex County, DE on May 8, 2024 at 9:13 am at 16192 Coastal Highway, Lewes, DE 19958 by leaving the following documents with Gary Damieni who as Clerk is authorized by appointment or by law to receive service of process for Spill The Tea, Inc.

Summons

White Male, est. age 35-44, glasses: N, No Hair hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.7650748524,-75.2113205418
Photograph: See Exhibit 1

Total Cost: $150.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Sussex County, DE on 5/9/2024.

/s/ *Rhianna Cromartie*
Signature
Rhianna Cromartie
+1 (267) 250-6381





Exhibit 1b)