**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: D'Ambrosio v. Meta Platforms, Inc. et al.

Case Number: 1:24-cv-00678

An appearance is hereby filed by the undersigned as attorney for:

Spill the Tea, Inc.

Attorney name (type or print): Amanda N. Catalano

Firm: Tabet DiVito & Rothstein LLC

Street address: 209 S LaSalle Street, 7th Floor

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6311024
(See item 3 in instructions)

Telephone Number: 312-762-9450

Email Address: acatalano@tdrlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 29, 2024

Attorney signature: S/ Amanda N. Catalano
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023