**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIKKO D'AMBROSIO, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC. et al.,<br><br>  Defendants. | Case No. 1:24-cv-00678<br><br>Hon. Sunil R. Harjani |

**DEFENDANT SPILL THE TEA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant Spill the Tea, Inc., by and through its undersigned counsel, respectfully moves for an extension of time through and including June 28, 2024 to answer or otherwise respond to plaintiff Nikko D'Ambrosio's complaint in this matter (Dkt. #1). In support of its motion, Spill the Tea states as follows:

1. Plaintiff, individually and on behalf of a putative class, filed his Complaint on January 25, 2024.

2. Spill the Tea was served with the Complaint on May 8, 2024, and its response to the Complaint is currently due on May 29, 2024.

3. Spill the Tea respectfully requests a 30-day extension of time, through and including June 28, 2024, to respond to the Complaint.

4. Spill the Tea recently retained the undersigned counsel and the extension of time is necessary to evaluate the case and to prepare responsive pleadings.

5.      Prior to filing this motion, counsel for Spill the Tea conferred with plaintiff's counsel regarding the relief sought by this motion. Plaintiff's counsel represented that plaintiff has no objection to Spill the Tea's requested extension of time.

6.      This is Spill the Tea's first request for extension of time to answer or otherwise respond.  This request is sought in good faith and not for purposes of delay. No prejudice or substantial delay will result if Spill the Tea's request for extension of time is granted.

WHEREFORE, Spill the Tea respectfully requests that the Court grant its Unopposed Motion for Extension of Time to Answer or Otherwise Respond, enter an order extending Spill the Tea's time to answer or otherwise respond through and including June 28, 2024, and award such other and further relief the Court deems just and proper under the circumstances.

Dated: May 29, 2024                                      Respectfully submitted,

                                                        SPILL THE TEA, INC.

Amanda N. Catalano
Megan E. Ryan                                           By: */s/ Amanda N. Catalano*
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
(312) 762-9450
acatalano@tdrlaw.com
mryan@tdrlaw.com

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, hereby certifies that on May 29, 2024, she electronically filed the foregoing **DEFENDANT SPILL THE TEA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** with the Clerk of the Court for the U.S. District for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

/s/ *Amanda N. Catalano*