```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION


NIKKO D'AMBROSIO, individually and   )   No. 24 C 678
on behalf of all others similarly    )
situated,                            )
                                     )
                  Plaintiff,         )
                                     )
           v.                        )   Chicago, Illinois
                                     )   April 8, 2024
META PLATFORMS, INC., et al.,        )   10:06 a.m.
                                     )
                  Defendants.        )   Status Hearing


              TRANSCRIPT OF PROCEEDINGS
     BEFORE THE HONORABLE SHARON JOHNSON COLEMAN


APPEARANCES:

For the Plaintiff:      TRENT LAW FIRM, P.C.
                        2 TransAm Plaza Drive
                        Suite 300
                        Oakbrook Terrace, Illinois  60181
                        BY:  MR. MARC P. TRENT
                             MR. DANIEL NIKOLIC
```

```
         TRACEY DANA McCULLOUGH, CSR, RPR
              Official Court Reporter
            219 South Dearborn Street
                     Room 1232
              Chicago, Illinois  60604
                   (312) 435-5570
```

```
1           (Proceedings held in open court:)
2               THE CLERK:  24 CV 678, D'Ambrosio versus Meta
3   Platforms, Inc..
4               MR. TRENT:  Good morning, Your Honor.  Marc Trent on
5   behalf of plaintiff.
6               MR. NIKOLIC:  And also Daniel Nikolic, N-I-K-O-L-I-C.
7               THE COURT:  Thank you.
8               MR. NIKOLIC:  Good morning, everybody.
9               THE COURT:  Good morning.  All right.  So, Counsel,
10  you want to talk to me about this?  I know this came from Judge
11  Feinerman, correct, or no?
12              THE CLERK:  No, it was actually Rowland.
13              THE COURT:  It was Rowland.
14              THE CLERK:  Yes.
15              THE COURT:  Oh, Rowland gave it to me.  All right.
16  So what are we doing?  We're waiting to hear from multiple
17  defendants, is that correct?
18              MR. TRENT:  Yes, Your Honor.  We did -- service was
19  completed on Miss Rajala, her father and mother.  We have
20  affidavits of service regarding that.  We were contacted last
21  Friday by, funny enough you mentioned Mr. Feinerman, former
22  Judge Feinerman.  He indicated to us at the 11th hour that he
23  will be representing the Meta defendants.  There to date still
24  is no appearance on file with any of the defendants.  We did
25  have service out on a couple of -- Paola Sanchez and Blake.
```

1   They were unable to -- we have affidavits of nonservice on
2   them.
3               THE COURT:  So Judge Feinerman called you to tell you
4   he was representing the defendants?
5               MR. TRENT:  He e-mailed us, Your Honor.
6               MR. NIKOLIC:  That is correct.  But there's no --
7               THE COURT:  He contacted you?
8               MR. TRENT:  Yes, Your Honor.
9               THE COURT:  Yes, e-mailed or whatever.
10              MR. TRENT:  Yes, Your Honor.
11              MR. NIKOLIC:  But he didn't file an appearance yet.
12              MR. TRENT:  File an appearance.
13              THE COURT:  All right.
14              MR. TRENT:  And he did indicate that some of the
15  Facebook defendants, some of the corporate entities are no
16  longer functional, and he advised us that he will be getting
17  back to us to let us know which defendants regarding the
18  corporate entities are no longer functional so we could amend
19  the complaint to remove them.
20              THE COURT:  Okay.  Let me just say this right now so
21  you understand.  Judge Feinerman was not only my colleague,
22  Judge Feinerman and I actually went through Senate hearings
23  together.  So I just want you to know the extent of our
24  connection.  Again, we just -- we were -- that's called a buddy
25  system in federal court.  I just want you to be aware of that,

1  you know, before we go any further with me being on the case.
2  So you all need to -- you can talk to your client and let them
3  know, but I just thought you should know.  All right.
4            MR. TRENT:  Thank you, Your Honor.
5            MR. NIKOLIC:  Thank you.
6            THE COURT:  Because obviously everybody who is now
7  sitting or was sitting before had some contact with him, which
8  is different from obviously people who may have come on in the
9  last -- there have been a lot that have come on in the last two
10 years.  But my relationship is one that we started exactly
11 together.
12           MR. TRENT:  And I had cases before Judge Feinerman.
13 He is an excellent -- was an excellent judge, Your Honor.
14           THE COURT:  He was.
15           MR. TRENT:  Yes.
16           THE COURT:  Yes, he was.  And I'm sure he'll be an
17 excellent lawyer, but you do have a right to let your clients
18 know that mine was not just the normal connection.
19           MR. TRENT:  Thank you, Your Honor.
20           THE COURT:  We are buddy, buddy judges.
21           MR. NIKOLIC:  We'll review it with our client, and
22 we'll see what he says.
23           THE COURT:  All right.
24           MR. NIKOLIC:  If he wants to substitute, Your Honor,
25 it's not out of anything --

```
 1              THE COURT:  Oh, and I will not take any offense.  No.
 2   All right.  So I just want -- that's why I let you know.
 3              MR. NIKOLIC:  Thank you very much.
 4              THE COURT:  Because I wanted to give you time to deal
 5   with it and not think about it later.
 6              Okay.  So right now you're still waiting to hear from
 7   other defendants, and you said you're trying to figure out what
 8   Mr. Feinerman's role will be in this case, correct?
 9              MR. TRENT:  Yes.
10              THE COURT:  So how long do you want to -- how long of
11   a date do you want?
12              MR. TRENT:  Probably a 60-day date, Your Honor.  45
13   to 60 days, if you find that suitable.
14              THE COURT:  I'll do 45 days.  And if you need to let
15   us know well before that, let us know if somebody needs more
16   time or that you're still trying to get with some people.  All
17   right.  So let's do 45 days for status on service.
18              THE CLERK:  All right.  May 23rd at 10:15 a.m..
19              MR. NIKOLIC:  Okay.
20              MR. TRENT:  Very good.  Thank you.
21              THE COURT:  All right.  Thank you both.  All right.
22              MR. TRENT:  Have a good rest of your day, Your Honor.
23              THE COURT:  Take care.
24              MR. NIKOLIC:  Have a great day.
25              MR. TRENT:  Thank you.  You too.
```

```
1              MR. NIKOLIC:  Enjoy the eclipse.
2              THE COURT:  You know, and enjoy the eclipse, if
3    you're looking.
4              MR. NIKOLIC:  Exactly.  Just don't stare into the
5    sun.
6              THE COURT:  Be careful.
7              MR. NIKOLIC:  I know.  Don't stare into the sun.
8              THE COURT:  Be careful.  Eyes are a part of our
9    profession.  That's part of what we need.
10             MR. NIKOLIC:  Exactly.
11             THE COURT:  All right.  Take care.
12             MR. NIKOLIC:  Thank you very much, Judge.
13         (End of proceedings.)
14                        CERTIFICATE
15             I HEREBY CERTIFY that the foregoing is a true,
16   correct and complete transcript of the proceedings had at the
17   hearing of the aforementioned cause on the day and date hereof.
18
19   /s/TRACEY D. McCULLOUGH                        April 11, 2024
20   Official Court Reporter                                  Date
     United States District Court
21   Northern District of Illinois
     Eastern Division
22
23
24
25
```