# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| **Nikko D'Ambrosio** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-678 |
| ) | |
| **Abbigail Rajala, et al.** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Thomas Newton, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to AWDTSG, Inc. in New Castle County, DE on May 13, 2024 at 1:30 pm at 131 Continental Drive, Suite 305, Newark, DE 19713 by leaving the following documents with Jenny Hughes who as Fulfillment Specialist at Legal Inc is authorized by appointment or by law to receive service of process for AWDTSG, Inc. .

Summons
Summons


White Female, est. age 35-44, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.6873044767,-75.6607364805
Photograph: See Exhibit 1


Total Cost: $120.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in New Castle County, DE on 5/14/2024.

/s/ *Thomas Newton*

Signature
Thomas Newton
+1 (302) 333-4059



Exhibit 1a)