# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

NIKKO D'AMBROSIO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

META PLATFORMS, INC., et al.,

    Defendants.

Case No. 1:24-cv-678

District Judge Sunil R. Harjani

## DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, Defendant Meta Platforms, Inc. states as follows. Meta Platforms, Inc. is a publicly held corporation and has no parent corporation. Blackrock, Inc., The Vanguard Group, Mark Zuckerberg, and FMR LLC each own 5% or more of Meta Platforms, Inc.

Date: June 18, 2024

Respectfully submitted,

    */s/ Gary Feinerman*

Gary Feinerman (ARDC No. 6206906)
gary.feinerman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Counsel for Defendant Meta Platforms, Inc.*