# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nikko D' Ambrosio

                                Plaintiff,

v.                                                                                  Case No.: 1:24−cv−00678
                                                                                    Honorable Sunil R. Harjani

Meta Platforms, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 3, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Telephone Conference set for 7/9/2024 is reset to 9/12/2024 at 9:15 a.m. The Court has reviewed the joint status report [25]. Any amended complaint is due by 7/19/24; answers or motions are due by 7/31/24. The Court notes that the parties cannot agree to change court deadlines on their own, as the parties appeared to have done for Defendant Spill the Tea's answer, which was due 6/28/24 but was not filed. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.