## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NIKKO D'AMBROSIO,<br><br>    Plaintiff,<br><br>vs.<br><br>ABBIGAIL RAJALA, CAROL RAJALA, RODNEY RAJALA, PAOLA SANCHEZ, BLAKE MILLBRAND, META PLATFORMS, INC., a Delaware Corporation, SPILL THE TEA, INC., a Delaware Corporation, JANE DOES 1-26, Unnamed Defendants using screen names: Sam Daniels, Alexis Kyle, Coraline Lotz, Dianne Wesley, Madison Pierce, Madison Bynum, Vanessa Villatoro, Christy Graessle, Sharleen Waa, Kaitlyn Mishay Moody, Linda Juarez, Amber Michelle, Laura Maddox, Alina Drake, Chandi Constance, Alicia Ann, Salisha P. Dean, Jillian Cara, Jen Rahbar, Shannon Marie, Luisa Resendez, Daryl Ceasar, Lisa Miko, Amy Dukstein-Reynolds, Melissa Pinkerton, Monica Tska<br><br>    Defendants. | Case No. 1:24-cv-00678<br><br>District Judge Sunil R. Harjani |

### UNOPPOSED MOTION OF DEFENDANT META PLATFORMS, INC. TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Meta Platforms, Inc. ("Meta") respectfully moves the Court for an unopposed, 21-day extension of time until August 21, 2024, to answer or otherwise respond to Plaintiff's First Amended Complaint. In support of this motion, Meta states as follows:

1.    On or about January 25, 2024, Plaintiff filed this suit. Dkt. 1.

1

2. On July 3, 2024, the Court issued a Minute Order allowing for Plaintiff to file an amended complaint no later than July 19, 2024, and for Defendants to respond no later than July 31, 2024. Dkt. 28.

3. On July 22, 2024, given the General Order granting a District-wide extension for connectivity problems on July 19, Plaintiff filed his First Amended Complaint. Dkt. 29.

4. To efficiently respond to the First Amended Complaint, and thus best to conserve court and party resources, Meta seeks a 21-day extension of time to answer or otherwise respond to the First Amended Complaint.

5. Meta therefore respectfully requests that the Court set Meta's deadline to answer or otherwise respond to the First Amended Complaint as August 21, 2024.

6. No prior extensions have been requested or granted to respond to the First Amended Complaint.

7. Meta's counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel indicated that Plaintiff does not oppose this motion.

WHEREFORE, Meta respectfully requests that the Court grant this motion extending the deadline of Meta to answer or otherwise respond to Plaintiff's Complaint until August 21, 2024.

Dated: July 26, 2024

Respectfully submitted,

/s/ *Gary Feinerman*
Gary Feinerman, One of the Attorneys for Defendant Meta Platforms, Inc,

Gary Feinerman (IL 6206906)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
gary.feinerman@lw.com

## CERTIFICATE OF SERVICE

I, Johanna Spellman, hereby certify that on July 26, 2024, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which provides service to all counsel of record.

Dated: July 26, 2024 /s/ *Gary Feinerman*

Gary Feinerman, One of the Attorneys for Defendant Meta Platforms, Inc,

Gary Feinerman (IL 6206906)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
gary.feinerman@lw.com