## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nikko D' Ambrosio

                                                Plaintiff,

v.                                                                                                           Case No.: 1:24−cv−00678

                                                                                                                       Honorable Sunil R. Harjani

Meta Platforms, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 26, 2024:

       MINUTE entry before the Honorable Sunil R. Harjani: Unopposed Motion of Defendant Meta Platforms, Inc. to Extend Time [30] is granted. Defendant Meta Platforms, Inc. shall answer or otherwise plead to Plaintiff's complaint by 8/21/2024. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.