UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Nikko D'Ambrosio**,

  Plaintiff,

v.

**Abbigail Rajala**,

  Defendant.

No. 1:24-cv-678

Judge Sunil R. Harjani

## Unopposed Motion for Extension of Time to File Answer or Otherwise Plead

Plaintiff Abbigail Rajala respectfully requests an extension of time to file an answer or otherwise plead to the First Amended Complaint.

The First Amended Complaint was due no later than Friday, July 19, 2024. *See* [28]. Due to a district-wide CM/ECF connectivity problem, the First Amended Complaint was filed on Monday, July 22, 2024. *See* [29].

On July 26, 2024, Co-defendant Meta moved for [30] and was granted [31] a 21-day extension of time to answer the First Amended Complaint, to August 21, 2024. Defendant Rajala requests that the Court also extend the same deadline for her answer or responsive pleading to August 21, 2024.

Rajala's counsel conferred with Plaintiff's counsel, who indicated Plaintiff does not oppose this request.

                        Respectfully Submitted,

                        /s/ James G. Vanzant
                        Attorney for Abbigail Rajala

James G. Vanzant
BLAINE & VANZANT, LLP
922 Davis Street

- 2 -

Evanston, Illinois 60201
Tel.: (312) 788-7584
E-mail: jgv@blainevanzant.com