# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nikko D' Ambrosio

                        Plaintiff,

v.                                                Case No.: 1:24–cv–00678
                                                Honorable Sunil R. Harjani

Meta Platforms, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendant Spill the Tea, Inc., Sanchez, and Millbrand's unopposed motion for extension of time to answer or otherwise plead [34] is granted to and including 8/28/2024. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.