# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nikko D' Ambrosio

Plaintiff,

v.

Meta Platforms, Inc., et al.

Defendant.

Case No.: 1:24–cv–00678

Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 22, 2024:

MINUTE entry before the Honorable Sunil R. Harjani: Before the Court is a motion to dismiss filed by Defendant Meta Platforms, Inc. [38]. As is explained in the Court's standing order on motions to dismiss (available on the Court's website), the parties are advised that, when a motion to dismiss is filed, the nonmoving party has a right to amend its pleading once within 21 days. Fed. R. Civ. P. 15(a)(1)(B). Accordingly, consistent with the purpose of the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, plaintiff is directed to review Defendant Meta Platforms, Inc.'s motion to dismiss [38] and to consider exercising, as appropriate, plaintiff's right to amend under Rule 15(a)(1)(B). If plaintiff elects to amend its pleading in response to the motion to dismiss, then defendant (unless otherwise ordered) must, within 21 days of the amended pleading, file either an answer or a renewed motion to dismiss. If plaintiff elects not to amend but instead chooses to litigate the motion to dismiss, plaintiff (unless ordered otherwise) must file its response within 21 days of the filing of the motion, and defendant must file its reply within 14 days of the filing of the response. By 9/11/2024, Plaintiff shall file a status report advising how it wishes to proceed. A telephone status hearing is set for 9/18/2024 at 9:15 a.m. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call–in number is (855) 244–8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.