IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKKO D'AMBROSIO,<br><br>  Plaintiff,<br><br>  v.<br><br>ABBIGAIL RAJALA, et al.,<br><br>  Defendants. | Case No. 1:24-cv-00678<br><br>Hon. Sunil R. Harjani |

**SPILL THE TEA DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE <u>*INSTANTER* MOTION TO DISMISS IN EXCESS OF THE PAGE LIMIT</u>**

Pursuant to Local Rule 7.1, defendants Spill the Tea, Inc., Blake Milbrand, and Paola Sanchez (the "Spill the Tea Defendants"), through their undersigned counsel, respectfully request that the Court grant them leave to file *instanter* an oversized Motion to Dismiss the First Amended Complaint. In support of this unopposed motion, the Spill the Tea Defendants state as follows:

1. On July 22, 2024, plaintiff Nikko D'Ambrosio ("Plaintiff") filed his First Amended Complaint (Dkt. 29). Plaintiff's First Amended Complaint asserts five causes of action against each of the Spill the Tea Defendants.

2. The Spill the Tea Defendants have prepared a joint motion to dismiss the First Amended Complaint. The joint motion to dismiss is 20 pages. It is attached as **<u>Exhibit A</u>**.

3. Local Rule 7.1 provides that "[n]either a brief in support of or in opposition to any motion . . . shall exceed 15 pages without prior approval of the court." N.D. Ill. L.R. 7.1.

4. The Spill the Tea Defendants seek leave to file their motion to dismiss in excess of 15 pages, as additional space is necessary for them to fully analyze their legal and factual arguments. The First Amended Complaint asserts five causes of action against each of the three

Spill the Tea Defendants. Rather than filing three separate motions to dismiss, the Spill the Tea Defendants have prepared a joint motion to dismiss addressing all claims asserted against them.

5. Counsel for the Spill the Tea Defendants have conferred with counsel for Plaintiff regarding the relief sought in this motion. Counsel for Plaintiff has advised that they have no objection to this motion.

WHEREFORE, Defendants Spill the Tea, Inc., Blake Milbrand, and Paola Sanchez respectfully request that this Court grant their motion for leave to file the Spill the Tea Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint (attached here as Exhibit A) *instanter* and award all other relief that is proper under the circumstances.

Dated: August 28, 2024

Amanda N. Catalano
Megan E. Ryan
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
(312) 762-9450
acatalano@tdrlaw.com
mryan@tdrlaw.com

Respectfully submitted,

SPILL THE TEA, INC.,
PAOLA SANCHEZ, and
BLAKE MILLBRAND

By: */s/ Amanda N. Catalano*