# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Nikko D' Ambrosio

                      Plaintiff,

v.                                           Case No.: 1:24−cv−00678

                                                        Honorable Sunil R. Harjani

Meta Platforms, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendant Meta's motion to dismiss [38] is similarly denied as moot in light of the filing of the amended complaint. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.