# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Nikko D' Ambrosio

                       Plaintiff,

v.                                                  Case No.: 1:24−cv−00678
                                                      Honorable Sunil R. Harjani

Meta Platforms, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Unopposed motion of Defendant Meta Platforms, Inc. to extend time to answer or otherwise respond to the complaint [56] is granted to and including 11/22/2024. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.