IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKKO D'AMBROSIO,<br><br>    Plaintiff,<br><br>v.<br><br>ABBIGAIL RAJALA, CAROL RAJALA, RODNEY RAJALA, PAOLA SANCHEZ, BLAKE MILLBRAND, META PLATFORMS, INC., a Delaware Corporation, SPILL THE TEA, INC., a Delaware Corporation, JANE DOES 1-26, Unnamed Defendants using screen names: Sam Daniels, Alexis Kyle, Coraline Lotz, Dianne Wesley, Madison Pierce, Madison Bynum, Vanessa Villatoro, Christy Graessle, Sharleen Waa, Kaitlyn Mishay Moody, Linda Juarez, Amber Michelle, Laura Maddox, Alina Drake, Chandi Constance, Alicia Ann, Salisha P. Dean, Jillian Cara, Jen Rahbar, Shannon Marie, Luisa Resendez, Daryl Ceasar, Lisa Miko, Amy Dukstein-Reynolds, Melissa Pinkerton, Monica Tska<br><br>    Defendants. | Case No.1:24-cv-00678<br><br>District Judge Sunil R. Harjani |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

    Defendant Meta Platforms, Inc. ("Meta"), by and through its counsel, moves the Court to withdraw as counsel of record attorney Charles S. Dameron. In support of its motion, Meta states as follows:

    1.    On August 23, 2024, this Court granted the motion to appear pro hac vice filed by Charles S. Dameron as an attorney with Latham & Watkins LLP on behalf of Meta in this matter.

    2.    Effective October 25, 2024, Charles S. Dameron will be leaving Latham & Watkins LLP.

1

3. Meta will not be prejudiced if this motion is granted. Latham & Watkins LLP will continue to represent Meta in the above-captioned matter, and representation of Meta is otherwise unchanged.

4. Accordingly, this withdrawal will not cause any delay or prejudice to any party or the court.

5. Meta's counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel indicated that Plaintiff does not oppose this motion.

WHEREFORE, Meta respectfully requests that this Court grant Meta leave to withdraw Charles S. Dameron as counsel of record for it.

Dated: October 23, 2024

Respectfully submitted,

*/s/ Charles S. Dameron*

Charles S. Dameron (admitted pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel: (212) 637-2200
charles.dameron@lw.com

Gary Feinerman
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Tel: (312) 876-7700
gary.feinerman@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

## CERTIFICATE OF SERVICE

  I, Charles S. Dameron, hereby certify that on October 23, 2024, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which provides service to all counsel of record.

Dated: October 23, 2024        /s/ *Charles S. Dameron*

                Charles S. Dameron, One of the Attorneys for
                Defendant Meta Platforms, Inc.

                LATHAM & WATKINS LLP
                555 Eleventh Street, NW
                Suite 1000
                Washington, DC 20004
                Tel: (212) 637-2200
                charles.dameron@lw.com