UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Nikko D'Ambrosio**, | |
| Plaintiff, | |
| v. | No. 1:24-cv-678 |
| **Abbigail Rajala, et al.**, | Judge Sunil R. Harjani |
| Defendant. | |

## Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Second Amended Complaint

Defendants Abbigail Rajala, Carol Rajala, and Rodney Rajala respectfully request a 14-day extension of time to answer or otherwise plead to the Second Amended Complaint. *See* [53].

A responsive pleading to the Second Amended Complaint is due today, Friday, November 22, 2024. Counsel for Defendants has prepared a responsive pleading but needs to review certain issues raised in it with Defendants before filing. However, counsel has not been able to do so earlier, largely due to matters related to counsel's duties as lead counsel in a capital prosecution, *United States v. Resendez*, No. 1:22-cr-395-1 (Kness, J.) (N.D. Ill.). Counsel would ordinarily ask for only a one-week extension in these circumstances. Because of the Thanksgiving holiday next week, however, requests that the Court grant a 14-day extension of time to Friday, December 6, 2024.

Counsel conferred with Plaintiff's counsel about this request, who indicated Plaintiff has no objection.

- 2 -

Respectfully Submitted,

/s/ James G. Vanzant
Attorney for Defendants

James G. Vanzant
Blaine & Vanzant, LLP
922 Davis Street
Evanston, Illinois 60201
Tel.: (312) 788-7584
E-mail: jgv@blainevanzant.com