**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Nikko D' Ambrosio

        Plaintiff,

v.                 Case No.: 1:24−cv−00678
                    Honorable Sunil R. Harjani

Meta Platforms, Inc., et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 25, 2024:

   MINUTE entry before the Honorable Sunil R. Harjani: Motion by Defendant Meta Platforms, Inc. to dismiss second amended complaint [65] shall be briefed as follows: Plaintiff's response brief is due by 12/16/2024 and Defendant's reply is due by 1/6/2025. The Court will issue a written ruling via CM/ECF. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.