**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Nikko D' Ambrosio
                        Plaintiff,

v.                                             Case No.: 1:24−cv−00678
                                                              Honorable Sunil R. Harjani

Meta Platforms, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 11, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendants' motion to dismiss [75] and [76] shall be briefed as follows: Plaintiff's response is due by 1/10/2025 and Defendants' reply briefs are due 1/24/2025. The Court will enter a written ruling via CM/ECF. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.