## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Nikko D' Ambrosio

                                        Plaintiff,

v.                                                            Case No.: 1:24−cv−00678

                                                                                          Honorable Sunil R. Harjani

Meta Platforms, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

        MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's amended motion for extension of time to respond to defendants' motion to dismiss second amended complaint and leave to file responses in excess of the page limit [83] is granted. Plaintiff's response brief is now due by 1/31/2025. Defendants shall reply by 2/14/2025. Plaintiff is permitted to file one consolidated response brief to all the pending motions to dismiss with a page limit of 25 pages. Plaintiff's motion [82] is stricken. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.