# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Nikko D' Ambrosio

        Plaintiff,

v.                    Case No.: 1:24−cv−00678

                      Honorable Sunil R. Harjani

Meta Platforms, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

   MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 12/17/2024 is stricken. The Court will issue a written decision on the motion to dismiss once it is fully briefed. Discovery is stayed pending resolution of the motion to avoid unnecessary litigation expenses while a pending dispositive motion is under consideration. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.