IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| NIKKO D'AMBROSIO, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 24-cv-678 |
| ) | |
| META PLATFORMS, INC., *et al.*, ) | |
| Defendants. ) | |

### MOTION FOR LEAVE TO WITHDRAW
### THE APPEARANCE OF DANIEL NIKOLIC

NOW COMES Plaintiff, Nikko D'Ambrosio, by and through undersigned counsel, and respectfully moves this Court pursuant to Local Rule 83.17 for leave to withdraw the appearance of Daniel Nikolic in the above-captioned case. In support of this motion, Nikko D'Ambrosio, states as follows:

1. Trent Law Firm, P.C., continues to represent Nikko D'Ambrosio in this matter and remains counsel of record for Nikko D'Ambrosio.

2. Daniel Nikolic ("Nikolic") was previously employed by Trent Law Firm, P.C., but has been removed from employment with the firm as of June of 2024. As a result, Nikolic is no longer affiliated with Trent Law Firm, P.C., and no longer represents Nikko D'Ambrosio in this matter.

3. Nikko D'Ambrossio specifically took action to terminate Nikolic, but the latter has failed to remove his appearance from this matter.

1

4. While Nikolic's efforts to attract media attention, despite being explicitly instructed otherwise due to the Plaintiff's pending criminal trial, may suggest substantive involvement in this case, he had no meaningful role in the litigation. His participation remained minimal and did not contribute in any substantive way.

5. Therefore, the withdrawal of Nikolic will not prejudice any party or delay the proceedings. Trent Law Firm, P.C., will continue to represent Nikko D'Ambrosio without interruption, and this change will not affect the ongoing representation.

6. This motion complies with Local Rule 83.17 of the Northern District of Illinois, which requires leave of court for the withdrawal of an attorney's appearance.

WHEREFORE, Nikko D'Ambrosio respectfully requests that this Court grant its motion and allow the withdrawal of the appearance of Daniel Nikolic in this matter, and for any further relief that the Court deems just and proper.

Respectfully submitted,

*/s/ Marc P. Trent*

Marc P. Trent (ARDC # 6324928)
Attorney for Plaintiff
**TRENT LAW FIRM, P.C.**
600 W. Jackson Boulevard #100
Chicago, IL 60661
(630) 682-3100
service@trentlawfirm.com

Dated: 1/30/2025

## Certificate of Service

    I, Marc Trent, an attorney, hereby certify that on 1/30/2025 I caused the foregoing Motion to Withdraw the Appearance of Daniel Nikolic to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

Marc P. Trent (ARDC # 6324928)
Attorney for Plaintiff
**TRENT LAW FIRM, P.C.**
600 W. Jackson Boulevard #100
Chicago, IL 60661
(630) 682-3100
*service@trentlawfirm.c*om