UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Nikko D'Ambrosio**, <br><br> Plaintiff, <br><br> v. <br><br> **Abbigail Rajala**, <br><br> Defendant. | No. 24-cv-00678 <br><br> Judge Sunil R. Harjani |

## Motion for Leave to File Corrected Reply Brief

Defendant Abbigail Rajala, by their undersigned counsel, submits this Motion for Leave to File Corrected Reply Brief.

Around 10:45 p.m., as undersigned counsel was reviewing in the Rajalas' reply briefs and preparing them for submission, counsel encountered an error that caused the briefs to incorrectly convert formatting from Microsoft Word to Adobe pdf, rendering portions of the brief incomprehensible. Counsel believed he had solved the problem before filing Ms. Rajala's brief, only to subsequently discover that portions of the brief on pages 3-4 contained this formatting error. *See* Dkt. 92 at 3-4. Counsel has since corrected the issue and respectfully requests leave to file the reply brief attached as Exhibit 1, which reflects the unaltered text of the Microsoft Word version of the brief filed at Dkt. 92, with changes to format that were causing the errors in the conversion to pdf. *See* Exhibit 1.

Respectfully submitted,

/s/ *Andrew D. Finke*
Attorney for Abbigail Rajala

Andrew D. Finke

- 2 -

Blaine & Vanzant, LLP
922 Davis Street
Evanston, Illinois 60201
Tel.: (312) 788-7584
E-mail: adf@blainevanzant.com