IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKKO D'AMBROSIO,<br><br>    Plaintiff,<br><br>vs.<br><br>ABBIGAIL RAJALA, CAROL RAJALA, RODNEY RAJALA, PAOLA SANCHEZ, BLAKE MILLBRAND, META PLATFORMS, INC., a Delaware Corporation, SPILL THE TEA, INC., a Delaware Corporation, JANE DOES 1-26, Unnamed Defendants using screen names: Sam Daniels, Alexis Kyle, Coraline Lotz, Dianne Wesley, Madison Pierce, Madison Bynum, Vanessa Villatoro, Christy Graessle, Sharleen Waa, Kaitlyn Mishay Moody, Linda Juarez, Amber Michelle, Laura Maddox, Alina Drake, Chandi Constance, Alicia Ann, Salisha P. Dean, Jillian Cara, Jen Rahbar, Shannon Marie, Luisa Resendez, Daryl Ceasar, Lisa Miko, Amy Dukstein-Reynolds, Melissa Pinkerton, Monica Tska,<br><br>    Defendants. | Case No.1:24-cv-678<br><br>District Judge Sunil R. Harjani |

**DEFENDANT META PLATFORMS, INC.'S UNOPPOSED MOTION TO WITHDRAW KATHLEEN RYAN AS COUNSEL**

Defendant Meta Platforms, Inc. ("Meta"), by and through its counsel, moves the Court to withdraw as counsel of record attorney Kathleen Ryan. In support of its motion, Meta states as follows:

    1.    On December 9, 2024, Kathleen Ryan entered an appearance as an attorney with Latham & Watkins LLP on behalf of Meta in this matter.

    2.    Effective April 11, 2025, Kathleen Ryan has departed Latham & Watkins LLP.

1

3. Meta will not be prejudiced if this motion is granted. Latham & Watkins LLP will continue to represent Meta in the above-captioned matter, and representation of Meta is otherwise unchanged.

4. Accordingly, this withdrawal will not cause any delay or prejudice to any party or the Court.

WHEREFORE, Meta respectfully requests that this Court grant Meta leave to withdraw Kathleen Ryan as counsel of record for it.

Dated: April 21, 2025

Respectfully submitted,

/s/ *Gary Feinerman*
Gary Feinerman, One of the Attorneys for Defendant Meta Platforms, Inc.

Gary Feinerman (IL 6206906)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: 312-876-7700
gary.feinerman@lw.com

Melanie M. Blunschi (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
melanie.blunschi@lw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 21, 2025, a true and accurate copy of the foregoing was electronically filed with the CM/ECF system of the United States District Court for the Northern District of Illinois, which sends notice to counsel of record via e-mail.

Dated: April 21, 2025  /s/ *Gary Feinerman*
Gary Feinerman, One of the Attorneys for
Defendant Meta Platforms, Inc.

Gary Feinerman (IL 6206906)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
gary.feinerman@lw.com