# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Nikko D' Ambrosio,

Plaintiff(s),

v.

Meta Platforms, Inc. et al,

Defendant(s).

Case No. 24 C 00678
Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: For the reasons provided in the Memorandum Opinion and Order [99] entered today, Defendants' motions to dismiss [65][ 71][ 75][76] are granted. As Plaintiff has already had multiple opportunities to amend his claims and any further amendments would be futile, the Court dismisses D'Ambrosio's Second Amended Complaint with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Harjani on Defendants' motions to dismiss [65][ 71][ 75][76].

Date: 5/13/2025

Thomas G. Bruton, Clerk of Court

Lynette Santiago, Deputy Clerk