IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIKKO D'AMBROSIO, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 24 – cv – 678 |
| | ) | |
| META PLATFORMS, INC., *et al.,* | ) | Hon. Sunil R. Harjani |
| Defendants. | ) | |

**MOTION FOR EXTENSION FOR TIME
TO APPEAL OR RESPOND**

The Plaintiff, Nikko D'Ambrosio, by and through undersigned counsel, brings this Motion for Extension for Time to Appeal or Respond to this Court's Memorandum Opinion and Order to Dismiss entered May 13, 2025. Counsel for Plaintiff intends to Respond to the Court's Memorandum Opinion and Order via Appeal to 7th Circuit but is unfortunately experiencing a family emergency as his mother is currently in hospice and only has days left.

WHEREFORE, the Plaintiff, Nikko D'Ambrosio, respectfully requests this Honorable Court enter an Order:

    a.    Granting Plaintiff an additional 30 days from the deadline date of June 11, 2025 to respond to the Court's Memorandum Opinion and Order; and

    b.    Any such other and further relief this Court deems equitable and just.

Respectfully submitted,

/s/ *Marrc P. Trent*

Attorney for Plaintiff

**Marc P. Trent**
ARDC No. 6324928
Trent Law Firm, P.C.

600 W. Jackson Blvd #100
Chicago, IL 60661
*service@trentlawfirm.com*
*awalner@trentlawfirm.com*