## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nikko D' Ambrosio

                      Plaintiff,

v.                                                Case No.: 1:24−cv−00678
                                                    Honorable Sunil R. Harjani

Meta Platforms, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2025:

        MINUTE entry before the Honorable Sunil R. Harjani: Motion for extension of time [101] is granted. Plaintiff is given to and including 7/11/2025 to respond to the Court's Memorandum Opinion and Order via Appeal to 7th Circuit. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.