UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| NIKKO D'AMBROSIO,<br>                      Plaintiff-Appellant,<br>    v.<br><br>ABBIGAIL RAJALA,<br>CAROL RAJALA, RODNEY RAJALA,<br>PAOLA SANCHEZ,<br>BLAKE MILLBRAND,<br>META PLATFORMS, INC., a Delaware Corporation,<br>SPILL THE TEA, INC., a Delaware Corporation,<br>JANE DOES 1-26, Unnamed Defendants using screen names: Sam Daniels, Alexis Kyle, Coraline Lotz, Dianne Wesley, Madison Pierce, Madison Bynum, Vanessa Villatoro, Christy Graessle, Sharleen Waa, Kaitlyn Mishay Moody, Linda Juarez, Amber Michelle, Laura Maddox, Alina Drake, Chandi Constance, Alicia Ann, Salisha P. Dean, Jillian Cara, Jen Rahbar, Shannon Marie, Luisa Resendez, Daryl Ceasar, Lisa Miko, Amy Dukstein-Reynolds, Melissa Pinkerton, Monica Tska,<br>                      Defendants-Appellees. | On Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>Case No. 1:24-cv-00678<br><br>Hon. Sunil R. Harjani,<br>District Judge |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff NIKKO D'AMBROSIO, pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, appeals to the United States Court of Appeals for the Seventh Circuit from the following final orders and judgments of this Court:

1. The Memorandum Opinion and Order entered on May 13 2025 (ECF No. 99);

2. The Judgment in a Civil Case dismissing all claims with prejudice entered on May 13 2025 (ECF No. 100).

The aforesaid orders and judgment dispose of all claims against all parties. This Notice of Appeal is timely filed within sixty (60 days of entry of judgment pursuant to Federal Rule of Appellate Procedure 4(a)(1)( plus an additional thirty (30) day extension.

Respectfully submitted,

/s/ Marc P. Trent
Marc P. Trent
TRENT LAW FIRM, P.C.
600 West Jackson Blvd., Suite 100
Chicago, IL 60651
Tel: (630) 682-3100
service@trentlawfirm.com
Counsel for Plaintiff-Appellant

CERTIFICATE OF FILING AND SERVICE

  I hereby certify that on July 11, 2025, I electronically filed the foregoing Notice of Appeal with the Clerk of the United States District Court for the Northern District of Illinois by using the CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Marc P. Trent
Marc P. Trent
TRENT LAW FIRM, P.C.
600 West Jackson Blvd., Suite 100
Chicago, IL 60651
Tel: (630) 682-3100
service@trentlawfirm.com
Counsel for Plaintiff-Appellant
