# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

July 22, 2025

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-2231
>
> Caption:
> NIKKO D'AMBROSIO, individually and on behalf of all others similarly situated,
>       Plaintiff - Appellant
>
> v.
>
> META PLATFORMS, INC., et al.,
>       Defendants - Appellees
>
> District Court No: 1:24-cv-00678
> Clerk/Agency Rep Thomas G. Bruton
> Magistrate Judge Sunil R. Harjani
>
> Date NOA filed in District Court: 07/11/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**  (form ID: **188**)